No. 67204.—James G. Wiley, a/c Corsillo Enterprises, Inc., et al. *v.* United States, protests 61/22832, etc. (Los Angeles).

307

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls with chenille stems similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiffs was sustained.